UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:11-22846-CIV-COOKE/TURNOFF

DONNA JEAN STEWART as Trustee of
DONNA JEAN STWERAT REVOCABLE TRUST;
STERNE AGEE & LEACH, INC., C/F
JACK STEWART STD IRA; and
STEWART FAMILY LTD PARTNERSHIP,

    Plaintiffs,

vs.

LAIDLAW AND COMPANY (UK) LTD., INC.,
and ANTHONY CALABRO,

    Defendants.
_____/

## VOLUNTARY DIMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiffs, JACK STEWART ON BEHALF OF DONNA JEAN STEWART as Trustee of DONNA JEAN REVOCABLE TRUST, STERNE AGEE & LEACH, INC., C/F JACK STEWART STD IRA, and STEWART FAMILY LTD., PARTNERSHIP, by and through undersigned counsel, and state:

1. Plaintiffs, JACK STEWART ON BEHALF OF DONNA JEAN STEWART as Trustee of DONNA JEAN REVOCABLE TRUST, STERNE AGEE & LEACH, INC., C/F JACK STEWART STD IRA, and STEWART FAMILY LTD., PARTNERSHIP hereby voluntarily dismiss this matter with prejudice, each party to bear their own costs and fees.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF this 1st day of February, 2013. I also certify that the foregoing

1

document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF

FERDIE & LONES, CHARTERED
717 Ponce de Leon Blvd., Suite 223
Coral Gables, Florida 33134
Ph: 305-445-3557; Fax: 305-441-6401

By:/s/Stuart A. Lones
AINSLEE R. FERDIE
Florida Bar No.:024273
STUART A. LONES
Florida Bar No.:0884391
Lawoffice@ferdieandlones.com