UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22846-Civ-COOKE/TURNOFF

DONNA JEAN STEWART, *et al.*,

    Plaintiffs

vs.

LAIDLAW AND COMPANY (UK)
LTD, INC., *et al.*,

    Defendants.
_____/

### ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice by the Plaintiffs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Notice of Vol. Dismissal ECF No. 16).  The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida, this 21st day of February 2013.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*